## WILEY v. STATE.
### No. 26020.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

Sale of whisky in a dry area is the offense; the punishment assessed by the court on a plea of guilty, a fine of $330.

The record contains no statement of facts and no bills of exception, and nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

## WILEY v. STATE.
### No. 26021.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the unlawful sale of intoxicating liquor in a dry area. The punishment assessed is a fine of $335.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.